■ LILLIAN MENDEZ, as Administratrix of the Estate of DAVID MENDEZ, Deceased, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Respondent.—Order, Supreme Court, New York County (Alfred Toker, J.), entered June 5, 1991, which granted defendant's motion to dismiss the complaint as time-barred, unanimously affirmed, without costs.

Since the event upon which this action for wrongful death

against defendant New York City Transit Authority is based occurred on September 23, 1988, the applicable Statute of Limitations is the 1-year-and-90-day period set forth in Public Authorities Law § 1212 (former [2]), not the two-year period set forth in EPTL 5-4.1 *(see, Melendez v Manhattan & Bronx Surface Tr. Operating Auth.,* 137 AD2d 390). Although the Legislature amended Public Authorities Law § 1212 (2) to provide for a two-year period limitations for wrongful death claims against public authorities, including defendant (L 1990, ch 804, § 25; Public Authorities Law § 2981), the amendment became effective on August 24, 1990, after plaintiff's cause of action accrued, and thus does not avail plaintiff. Concur—Sullivan, J. P., Milonas, Kupferman and Rubin, JJ.